**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-6523**

———

OSCAR ROBLES,

                Plaintiff - Appellant,

      v.

LT. STURDINVANT, Inmate Support; CAPT. WEDERBAUM, Work
Release Director; MR. WHITLEY, Jail Director
(Superintendent),

                Defendants - Appellees.

———

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:14-cv-00070-JLK-RSB)

———

Submitted: August 27, 2014     Decided: September 8, 2014

———

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Oscar Robles, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Robles appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Robles's motions for preparation of transcript at government expense and for appointment of counsel and affirm the district court's judgment. Robles v. Sturdinvant, No. 7:14-cv-00070-JLK-RSB (W.D. Va. Mar. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED